UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
CHARLES VRAZEL,

                                            14 CV 6209 (ADS)(ARL)

               Plaintiff,

                                     **STIPULATION FOR**
-against-                             **JOINDER OF ADDITIONAL**
                                         **PARTY**

LONG ISLAND RAIL ROAD COMPANY,

               Defendant.
------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the Plaintiff and the attorneys for the Defendant, The Long Island Rail Road Company ("LIRR"), that Defendant LIRR may commence an third party action against the manufacturer and servicer of the subject Ticket Operating("TOM" ) machine, Scheidt and Bachman by April 30, 2015.

IT IS FURTHER STIPULATED, that Defendant LIRR, will not interpose any jurisdictional defenses.

Dated: Jamaica, New York
        April 17, 2015

MICHAEL D. FLYNN, ESQ.                      RICHARD GANS, ESQ.
Attorney for Plaintiff                                    Attorney for Defendant LIRR

_/s/ Michael D. Flynn_                                   _/s/ Karla R. Alston_
By: MICHAEL D. FLYNN                             By: KARLA R. ALSTON
450 Seventh Avenue                                       LIRR Law Department - 1143
New York, NY 10123                                     Jamaica Station
212-244-2740                                                     Jamaica, NY 11435
                                                               718-558-7760
                                                               Our File No. JN-6668