UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLES VRAZEL,

                               Plaintiff,                     14-CV-6209 (ADS)(ARL)

    -against-                                        STIPULATION FOR JOINDER
                                                                    OF ADDITIONAL PARTY

LONG ISLAND RAIL ROAD COMPANY,

                               Defendant.
-----------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the Plaintiff and the attorneys for the Defendant, The Long Island Rail Road Company ("LIRR") that Defendant LIRR may commence a third party action against the manufacturer and servicer of the subject Ticket Operating ("TOM") machine, Scheidt & Bachmann, by May 5, 2015.

        IT IS FURTHER STIPULATED that Defendant, LIRR, will not interpose any jurisdictional defenses.

Dated:        Jamaica, NY
                 April 30, 2015

MICHAEL D. FLYNN, ESQ.                    RICHARD L. GANS, ESQ.
Attorney for Plaintiff                                Attorney for Defendant

_____                      _____
By: MICHAEL D. FLYNN                     By: KARLA R. ALSTON
5 Penn Plaza, 23rd Floor                        LIRR Law Department - 1143
New York, NY 10001                            Jamaica Station
212-896-3812                                       Jamaica, NY 11435
                                                           718-558-7760
                                                          Our File No. JN-6668