UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLES VRAZEL,

                      Plaintiff,                            14-CV-6209

    -against-                                   STIPULATION FOR JOINDER
                                                         OF ADDITIONAL PARTY

LONG ISLAND RAIL ROAD COMPANY,

                      Defendant.
-----------------------------------------------------------X
LONG ISLAND RAIL ROAD COMPANY,

                      Third-Party Plaintiff,

    -against-

SCHEIDT & BACHMANN GMBH and
SCHEIDT & BACHMANN , USA, INC.,

                    Third-Party Defendant.
-----------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the Plaintiff and the attorneys for the Defendant, The Long Island Rail Road Company ("LIRR") that Defendant LIRR may commence a third party action against the manufacturer and servicer of the subject Ticket Operating ("TOM") machine, Scheidt & Bachmann, by May 5, 2015.

        IT IS FURTHER STIPULATED that Defendant, LIRR, will not interpose any jurisdictional defenses.

Dated:       Jamaica, NY
                May 1, 2015

| | |
|---|---|
| MICHAEL D. FLYNN, ESQ.<br>Attorney for Plaintiff | RICHARD L. GANS, ESQ.<br>Attorney for Defendant |

MICHAEL D. FLYNN
By: MICHAEL D. FLYNN
5 Penn Plaza, 23rd Floor
New York, NY 10001
212-896-3812

By: KARLA R. ALSTON
LIRR Law Department - 1143
Jamaica Station
Jamaica, NY 11435
718-558-7760
Our File No. JN-6668