
## Long Island Rail Road

June 8, 2015

VIA ECF

Honorable Arlene Rosario Lindsay
United States Magistrate Judge
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722-4451

      Re:    Charles Vrazel v. LIRR
           Docket No.: 14-CV-6209 (ADS)(ARL)

Dear Magistrate Judge Lindsay:

    Defendant, The Long Island Rail Road Company ("LIRR"), by its attorney, Karla R. Alston, Esq., and with the consent of plaintiff by his attorney, Michael D. Flynn, Esq., respectfully seeks an extension of the June 10, 2015 discovery deadline, and an adjournment of the Settlement Conference scheduled on July 29, 2015, at 11:00 a.m.

    Defendant LIRR commenced a third party action against Scheidt & Bachmann GambH and Scheidt & Bachman, USA, Inc., the manufacturer and servicer of the subject Ticket Operating Maching ("TOM") involved in plaintiff's accident and injuries. The third party defendants were served on May 21, 2015 but have not yet answered. We request that the discovery deadline be extended to December 30, 2015 to enable all the parties to conduct proper discovery and depositions, the medical examination of plaintiff, and expert discovery. In addition, we seek an adjournment of the settlement conference without a date until appearances can be made by the joined parties.

    No prior requests for the extension of discovery have been made.

    Thank you for the Court's consideration in this matter.

                            Very truly yours,

                            Karla R. Alston

KRA/mr                         Karla R. Alston
Enclosure                     General Attorney
                            718-558-7760

cc:     Michael D. Flynn, Esq.