UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CHARLES VRAZEL,

                        Plaintiff,                    14-CV-6209 (ADS)(ARL)

  -against-

LONG ISLAND RAIL ROAD COMPANY,

                        Defendant.
-------------------------------------------------------X
LONG ISLAND RAIL ROAD COMPANY,

                        Third-Party Plaintiff,

  -against-

SCHEIDT & BACHMANN GMBH and
SCHEIDT & BACHMANN USA, INC.

                        Third-Party Defendants
-------------------------------------------------------X

## DECLARATION IN OPPOSITION TO THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    KARLA R. ALSTON, pursuant to 28 U.S.C. §1746 declares under penalty of perjury as follows:

    I am an attorney duly admitted to the practice of law in the State of New York, United States District Court, Eastern District of New York. I am an attorney at the office of Richard L. Gans, Esq., Counsel for defendant/third-party plaintiff, The Long Island Rail Road Company ("LIRR").

1. Annexed hereto as Exhibit A is the plaintiff's Answers to Interrogatories and Response to Discovery Demands, Part 1 of 2.

2. Annexed hereto as Exhibit B in the plaintiff's Response to Third Party Defendant's Interrogatories and Response to Third-Party Defendant's Request for Production of Documents.

3. Annexed as Exhibit C is the Required Disclosures of Third- Party Defendants.

4. Annexed hereto as Exhibit D are maintenance records from Scheidt & Bachmann.

5. Annexed hereto as Exhibit E is the Certificate of Liability Insurance regarding Contract 9284.

_____
KARLA R. ALSTON

Executed on January 21, 2016.