Jamaica Station
Jamaica, NY 11435-4380
718-217-5477

Patrick A. Nowakowski
President

Case 2:14-cv-06209-ADS-ARL   Document 51   Filed 04/29/16   Page 1 of 1 PageID #: 678

 **Long Island Rail Road**

April 29, 2016

VIA ECF

Honorable Arthur D. Spatt
United States District Court Judge
P.O. Box 9014
Central Islip, NY 11722

        Re:    Vrazel v. LIRR v. Scheidt & Bachmann GMBH and
              Scheidt & Bachmann USA, Inc.
              Docket #14-CV-62098

Dear Judge Spatt:

     This letter shall confirm that courtesy copies of the following documents were forwarded to the Court, via United Parcel Service, on April 29, 2017:

<u>By the Defendant LIRR</u>:

1. Memorandum of Law in Opposition;
2. Affidavit/Declaration in Support and Exhibits
3. Rule 56 Counter-Statement.

                                    Very truly yours,

                                      Karla R. Alston
KRA/mr                                General Attorney
                                      718-558-7760

cc:    Michael D. Flynn, Esq.
       Flynn & Lauriello, PLLC

       Sedgwick, LLP
       William J. Brennan, Esq.